UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>        Petitioner,<br><br>   v.<br><br>R. DOYLE, BPH Chairman, et al.,<br><br>        Respondents. | ) CV 11-7685-R (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: December 28, 2011

                                    MANUEL L. REAL
                            UNITED STATES DISTRICT JUDGE